## (October 28, 1975)

■ In the Matter of STELLA FREAD, Respondent, v LEONARD E. YOSWEIN, Appellant.—Judgment, Supreme Court, New York County, entered on April 18, 1975, unanimously affirmed, on opinion of Fine, J., at Special Term, without costs and without disbursements. No opinion. Concur—Markewich, J. P., Lupiano, Tilzer, Lane and Nunez, JJ.

■ In the Matter of the Arbitration between VANITY FABRICS, INC., Respondent, and HIGHLANDER, LTD., Appellant.—Judgment, Supreme Court, New York County, entered on March 18, 1975, unanimously affirmed on opinion of Korn, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Murphy, J. P., Lupiano, Capozzoli, and Lane, JJ.

■ In the Matter of LAURENCE W. LEVINE, Respondent, v JORGE E. FERRADAS, et al., Appellants.—Judgment, Supreme Court, New York County, entered on April 17, 1975, unanimously affirmed for the reasons stated by Fine, J., at Special Term. Respondent shall recover of appellants $40 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Markewich, Tilzer, Lane and Nunez, JJ.

■ In the Matter of CIBA CORPORATION, Respondent, v JOHN W. RYAN CONSTRUCTION Co., INC., Appellant, and EGGERS & HIGGINS, Respondent. In the Matter of JOHN W. RYAN CONSTRUCTION Co., INC., Appellant, v W.F.W. STONE CORP., Respondent. (And Another Proceeding.)—Order and judgment (one paper) entered in the Supreme Court, New York County, on October 21, 1974, resettling the prior order and judgment and confirming the award of the arbitrators, and denying the cross motion to modify, unanimously affirmed. Petitioner-respondent and respondent-respondent shall recover of appellant one bill of $60 costs and disbursements of this appeal. No statutory basis exists for modifying the award (CPLR 7511, subd [c]). The contention of appellant that the award is inconsistent and repugnant must be rejected. Concur—Stevens, P. J., Markewich, Tilzer, Capozzoli and Lane, JJ.